No. 177. ALFANO *v.* UNITED STATES. October 14, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *George R. Sommer* for petitioner. *Solicitor General McGrath, Robert S. Erdahl* and *Sheldon E. Bernstein* for the United States.

No. 185. ANCHOR SERUM CO. *v.* AMERICAN COOPERATIVE SERUM ASSOCIATION; and

No. 186. ILLINOIS FARM BUREAU SERUM ASSOCIATION *v.* AMERICAN COOPERATIVE SERUM ASSOCIATION. October 14, 1946. Petition for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *C. G. Myers* and *Paul E. Mathias* for petitioners. *Francis X. Busch* and *James J. Magner* for respondent. Reported below: 153 F. 2d 907.

No. 187. REALTY OPERATORS, INC. *v.* COMMISSIONER OF INTERNAL REVENUE;

No. 188. WILLIAM HENDERSON (PARTNERSHIP) *v.* COMMISSIONER OF INTERNAL REVENUE; and

No. 189. WILLIAMS, LIQUIDATOR, ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. October 14, 1946. Petitions for writs of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *C. J. Batter* for petitioners. *Solicitor General McGrath, Assistant Attorney General McGregor, Sewall Key, Helen R. Carloss* and *Maryhelen Wigle* for respondent. Briefs were filed by *J. Sterling Halstead* for the South Coast Corporation, and by *Henry J. Richardson,* as *amici curiae,* in support of the petition in No. 187. Reported below: No. 187, 153 F. 2d 551; No. 188, 153 F. 2d 442; No. 189, 153 F. 2d 547.